UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| SIMPLE PUMP CO., LLC, | ) | 3:16-cv-00189-HDM-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF PROCEEDINGS** |
| | ) | |
| vs. | ) | May 24, 2016 |
| | ) | |
| PETER DUGAN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

PRESENT:  <u>THE HONORABLE WILLIAM G. COBB</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   <u>  Katie Lynn Ogden    </u>   REPORTER:   <u>              FTR                </u>

COUNSEL FOR PLAINTIFF:  <u> Jessica Woelfel and Laura Jacobsen (Present)             </u>

COUNSEL FOR DEFENDANT:  <u>  Matthew Berliner (Telephonically)  Dane Anderson (Present) </u>

**MINUTES OF PROCEEDINGS:  Case Management Conference**

1:33 p.m.  Court convenes.

The court first addresses the parties' "Stipulation to Allow Defendant and Cross-Complainant Peter Dugan Leave to File His First Amended Counterclaim" (ECF No. 15).  The stipulation is **GRANTED** and the clerk's office is directed to file "Peter Dugan's First Amended Counterclaim Against Simple Pump Co., LLC," which is attached as Exhibit A to ECF No. 15.

The deadline to file a response to the counterclaim is due no later than **Friday, 6/24/2016**.

The court next addresses the parties' "Joint 26(F) Report and Modification to Discovery Schedule" (ECF No. 14).  The court makes the observation at page 3 of the joint report that the term "Cross-Complainant" is used and advises counsel the term counterclaimant is more commonly used in federal court.

The court next reviews the parties' special scheduling review (¶ 13, ECF No. 14).  Counsel are advised that, in view of anticipated dispositive motions being filed and the unknown length of time it will take the court to resolve such motion practice, a trail date will not be scheduled at this time.  However, a scheduling order will be implemented.  The court and counsel confer regarding an appropriate amount of time to complete discovery.  The consensus

Minutes of Proceedings
3:16-cv-00189-HDM-WGC
May 24, 2016
_____

between the court and counsel is approximately 210 days to complete discovery from today's date.  The following scheduling order is established:

- <u>Discovery Cut-Off Date</u>: Friday, 12/30/2016;

- <u>Amending Pleadings and Adding Parties</u>: Friday, 9/30/2016;

- <u>Disclosure of Expert(s)</u>: Friday, 10/28/2016;

- <u>Disclosure of Rebuttal Expert(s)</u>: Wednesday, 11/23/2016;

- <u>Dispositive Motion(s)</u>: Tuesday, 1/31/2017; and

- <u>Proposed Joint Pretrial Order</u>: Tuesday, 2/28/2017.  In the event dispositive motions are filed, the date for filing the joint pretrial order shall be suspended until thirty (30) days after decision of the dispositive motions or further order of the court.

Should the parties at any time deem it appropriate to schedule a court assisted settlement conference, counsel may contact Ms. Ogden to inquire about prospective dates before recalled Magistrate Judge Robert A. McQuaid, Jr., for a settlement conference.

There being no additional matters to address at this time, court adjourns at 1:49 p.m.

**IT IS SO ORDERED.**

                                        LANCE S. WILSON, CLERK

                                        By: _____/s/_____
                                            Katie Lynn Ogden, Deputy Clerk