IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| SIMPLE PUMP CO., LLC, a Nevada limited liability company.<br><br>    Plaintiff,<br><br>vs.<br><br>PETER DUGAN, a California resident,<br><br>    Defendant.<br><br>**AND CROSS ACTION** | Case No.: 3:16-cv-00189-HDM-WGC<br><br>ORDER GRANTING<br>**STIPULATION TO DISMISS WITH PREJUDICE AND [PROPOSED] ORDER** |

    This stipulation is entered into and offered by Plaintiff/Cross-Defendant Simple Pump Co., LLC and Defendant/Cross-Plaintiff Peter Dugan and requests that the entire action be dismissed with prejudice based upon the following facts:

    1.    Nevada District Court Case No. 16-CV-0057 was commenced in Douglas County on March 14, 2016 by Simple Pump against Peter Dugan.

    2.    Dugan removed the action to Federal Court as Case No. 3:16-cv-00189-HDM-WCG, generally denied the material allegations of the Simple Pump Complaint, and filed a Cross-Complaint.

    3.    The parties, having resolved their disputes, now desire to dismiss the entire action with prejudice with each side to bear its own attorneys' fees and costs.

    4.    Upon application by either party, the Court may reopen the matter solely to enforce the terms of the settlement agreement, or to enter judgment pursuant to the terms of the

settlement agreement. Therefore,

IT IS STIPULATED, by and between Simple Pump, Co., LLC and Peter Dugan, that Case No. 3:16-cv-00189-HDM-WCG is dismissed in its entirety, with each party to bear its own attorneys' fees and costs. Upon application by either party, the Court may reopen the matter solely to enforce the terms of the settlement agreement, or to enter judgment pursuant to the terms of the settlement agreement.

DATED: July 25, 2017

FORTIS LLP

 /s/Matthew A. Berliner
Matthew A. Berliner
611 Anton Blvd., #1050
Costa Mesa, CA 92626

*Attorneys for Defendant Peter Dugan*

DATED: July 25, 2017

McDONALD CARANO WILSON LLP

 /s/Jessica Woelfel
Jessica Woelfel
Laura Jacobsen
100 West Liberty Street, 10th Floor
Reno, NV 89501

*Attorneys for Plaintiff/Counterdefendant Simple Pump Co., LLC*

\* \* \*

**IT IS SO ORDERED**

*/s/ Howard D. McKibben*
UNITED STATES DISTRICT JUDGE

Dated: July 25, 2017

4828-5469-6779, v. 1

2